JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:11-cv-00469-JHN -SHx | Date | March 29, 2011 |
|---|---|---|---|
| Title | GMAC Mortgage LLC v. John C. Jackson, et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER REMANDING TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION (In Chambers)

The Court is in receipt of Defendants John C. Jackson and Janice L. Jackson's (collectively, "Defendants") Notice of Removal, filed on March 18, 2011. (Docket No. 1.) The Notice attempts to remove a state court unlawful detainer action. This is the *second* time that Defendants have attempted to remove the same unlawful detainer case. (*See* CV 11-158 JHN (SHx)). Like the previous action, this case lacks subject matter jurisdiction. Having reviewed Defendants' Notice, the Court hereby again **REMANDS** the action to the Riverside County Superior Court.

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |